IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| OSCAR ARDIS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:13-cv-786-WKW |
| ) | WO |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On August 8, 2014, the Magistrate Judge filed a Recommendation (Doc. #36) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant Douglas Valeska's Motion to Dismiss, as amended, filed November 22, 2013 (Doc. #12 & #14) and Defendant Andy Hughes' Motion for Summary Judgment filed December 18, 2013 (Doc. #22) are GRANTED, and that this action is DISMISSED with prejudice.

3. All pending motions are DENIED as moot.

DONE this the 9th day of September, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE